PS 42
(Rev. 7/00)

## United States District Court

### Northern District of Georgia

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Willie Jenkins** | ) | Case No. 1:14-CR-192-LTW |

### CONSENT AND ORDER TO MODIFY CONDITIONS OF RELEASE

I, Willie Jenkins, have discussed with Tammie R. Boone, U. S. Probation Officer, modification of my release as follows:

**To remove the condition for home confinement as follows:** Participate in one of the home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer. You are restricted to your residence every day as directed by the pretrial services office or supervising officer.

On June 11, 2014, Mr. Jenkins appeared before Your Honor for an initial appearance and bond hearing for the offenses of Conspiracy to Commit an Offense Against the United States (Count 1) and Preparing and Filing False Tax Returns (Counts 6 - 10, 15, and 19). Mr. Jenkins was released on a $25,000 unsecured bond with the following conditions: report to the pretrial officer as directed, maintain employment, surrender passport, obtain no passport, do not change address without permission of the Court, avoid all contact with others involved in the investigation or prosecution of the instant offense, refrain from possession of a firearm or ammunition, refrain from excessive use of alcohol, refrain from use of an illegal controlled substance, travel restrictions, and location monitoring as directed by the pretrial officer.

Upon being released on bond on June 11, 2014, Mr. Jenkins was placed on location monitoring. Residence and employment visits have revealed stability. Mr. Jenkins reports as directed. His initial urinalysis after being released on bond was negative. No further testing has been required by the Court. There have been no violations reported to Your Honor.

The purpose of this correspondence is to update the Court on Mr. Jenkins' compliance while on bond and to request that his special condition of location monitoring be removed at this time. Mr. Jenkins has had no LM violations for the past seven months, with his curfew being randomly checked by the probation officer. He has been in full compliance regarding his bond conditions and reports weekly as instructed.

On January 13, 2015, this officer staffed this case with AUSA Nekia Hackman, who does not oppose the bond condition of Location Monitoring being removed. Based upon Mr. Jenkins' compliance, this officer concurs that the special condition of home confinement be removed.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1/21/2015        _____  1/21/15
Willie Jenkins                Date            Tammie R. Boone              Date
                                              U. S. Probation Officer

[X] The above modification of conditions of release is ordered, to be effective on  January 23 2015

[ ] The above modification of conditions of release is not ordered.

_____                   _____
Honorable Linda T. Walker                    Date   January 21, 2015
U. S. Magistrate Judge